IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RASHEEDAT KIKELOMO ADETOLA, ET AL., <br><br> PLAINTIFFS, <br><br> *v.* <br><br> ANGELICA ALFONSO-ROYALS, ACTING DIRECTOR, U.S. CITIZENSHIP AND TONI M. HEAD, DIRECTOR OF ATLANTA FIELD OFFICE OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> DEFENDANTS. | Civil Action No. <br><br> 1:25-CV-03905-MHC |

## CONSENT ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiffs' Original Complaint for Writ of Mandamus and Declaratory Relief, without objections from Plaintiffs and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiffs' Original Complaint

for Writ of Mandamus and Declaratory Relief, through and including December

18, 2025.

So ordered this _10th_ day of _September_, 2025.

_____

Honorable Mark H. Cohen
United States District Judge

Presented By:

_/s/ NEELI BEN-DAVID_

NEELI BEN-DAVID
_Assistant United States Attorney_
Georgia Bar No. 049788