IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RASHEEDAT KIKELOMO
ADETOLA, ANOT ADERAYO
YEWANDE ADETOLA and, AL
AMEEN ADEMOLA ADETOLA,

    Plaintiffs,

v.

ANGELICA ALFONSO-ROYALS,
Acting Director of U.S. Citizenship
and Immigration Services, and
TONI M. HEAD, Director of Atlanta
Field Office of U.S. Citizenship and
Immigration Services,

    Defendants.

CIVIL ACTION FILE

NO. 1:25-CV-3905-MHC

## ORDER

This case comes before the Court on Defendants' Motion for Enlargement of Time ("Defs.' Mot.") [Doc. 7] in which they seek an extension of time to file a responsive pleading or motion to Plaintiffs' Complaint [Doc. 1]. No response has been filed in opposition to Defendants' Motion, rendering it unopposed. See Kramer v. Gwinnett Cnty., 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004) ("[A] party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed."); LR 7.1B, NDGa. ("Any party opposing

a motion shall serve the party's response . . . not later than fourteen (14) days after service of the motion . . . . Failure to file a response shall indicate that there is no opposition to the motion.").

Accordingly, Defendants' Motion for Enlargement of Time [Doc. 7] is **GRANTED**. The time for Defendants to file a responsive pleading or motion is hereby **EXTENDED** through and including May 4, 2026.

**IT IS SO ORDERED** this 20th day of February, 2026.

_____
MARK H. COHEN
United States District Judge

2